# EXHIBIT 3

Wednesday, March 04, 2015

Home    Global Advisors    Asset Management    Wealth Management

Home

# Investment Bank

We offer our own and third party investment services covering both traditional and alternative asset classes, from equities, bonds and cash to commodities, hedge funds and commercial property.

We focus on constructing diversified asset allocations for our clients. Their portfolios typically include a blend of direct holdings, active and passive funds, structured products and derivatives.

1  2  3  4  5  **6**  7  8  ‹ ›



## Strategic Advisor



Our close connections to the marketplace and the number of deals we are associated with help us comprehend our customers'…

Read More +

## Why Choose Us



We offer unbiased, innovative and lasting financial recommendations and concepts. We solve our customers' intricate company problems, devise methods to…

Read More +

## Global Financial



DFRF Enterprises (DFRF) is a world leader in the provision of objective, professional guidance and execution services to corporations, institutions…

Read More +

## Our Services



DFRF is focused on delivering unbiased, imaginative and long-lasting concepts to customers across the monetary advisory spectrum. Our services include…

Read More +

## Our Services

DFRF is focused on delivering unbiased, imaginative and long-lasting concepts to customers across the monetary advisory spectrum.

Our services include M&A and strategic advisory and funding advisory, including restructuring.

Our relationship-driven method makes sure each customer receives insightful guidance, customized to provide the best specific solutions.

Experts with in-depth, expert understanding collaborate to cover geographic, item, company, sector, structural and technical concerns.

Solutions are devised and delivered by experienced execution professionals.

## Core Strategy

**Asset Management**

We offer a complete range of private services clients achieve their goals. We provide strateg advice, lend money,…

**Wealth Management**

**Asset Finance**

**Wealth Structuring**

**Investment Bank**

## Financial Markets



DOW 18,096.90   -106.47 (-0.58%)
S&P 2,098.53   -9.25 (-0.44%)
NASDAQ 4,967.14
-12.76 (-0.26%)

## DFRF Global Projects

**GoldMines Project**    Bioenergy    Renewable Energy    Land Development

**Metal Mining** The increased pressure from currency fluctuations and economic tensions has benefited the precious metals market with a resurgence in commercial mining activity.



**Leadership**

Our core purpose is to lead the world in generating value through responsible mining projects.



**Results**

We are focused strongly on maxim margins and free cash flow from o balanced global portfolio of mines



**Expansion Strategy**

We have a disciplined and pruden approach to capital allocation and project development.

## DFRF Information

DFRF Enterprises was established in 2013 as a LLC and is a start-up private center. The Company maintains offices in Orlando, Florida USA and is devoted to providing global private services where partners around the world can participate and rely on an experienced team to invest their money.

## Contact Us.

**DFRF Enterprises, LLC**

121 S Orange Avenue, Suite 1600N
Orlando, FL 32801, USA

info@dfrfenterprises.com

+1 888 382 6452

© DFRF Enterprises, LLC. 2014

Saturday, February 28, 2015

Home



## Investment Bank

### Strategic Advisor



Our close connections to the marketplace and the number of deals we are associated with help us comprehend our customers'…

Read More +

### Why Choose Us



We offer unbiased, innovative and lasting financial recommendations and concepts. We solve our customers' intricate company problems, devise methods to…

Read More +

### Global Financial



DFRF Enterprises (DFRF) is a world leader in the provision of objective, professional guidance and execution services to corporations, institutions…

Read More +

### Our Services



DFRF is focused on delivering unbiased, imaginative and lasting concepts to customers across the monetary advisory spectrum. Our services incl…

Read More +

## New Solutions for a New Economy

**Corporate Solutions Division**

Working with DFRF Enterprises, you can expect a superior client experience through our integrated in-depth solutions tailored to your organization.

We offer global solutions to hundreds of successful organizations like yours that can help you address critical issues. You can trust us to offer a rare blend of personalized service and global expertise that can help you fulfill your responsibilities to your organization through one convenient source.

You will have access to a broad range of products to help you manage your liquidity needs. This includes a complete spectrum of cash management investment products that provide customized strategies, according to specific liquidity needs and investment parameters.

### Core Strategy

**Asset Management**

We offer a complete range of private services help clients achieve their goals. We provide strategic advice, lend money,…

**Wealth Management**

**Asset Finance**

**Wealth Structuring**

**Investment Bank**

## Financial Markets



## DFRF Global Projects

**GoldMines Project**  Bioenergy  Renewable Energy  Land Development

**Metal Mining** The increased pressure from currency fluctuations and economic tensions has benefited the metals market with a resurgence in commercial mining activity.


### Leadership
Our core purpose is to lead the world in generating value through responsible mining project


### Results
We are focused strongly on maximizing margins and free cash flow from our balanced globa of mines


### Expansion Strategy
We have a disciplined and prudent approach to capital allocation and project development.

## DFRF Information

DFRF Enterprises was established in 2013 as a LLC and is a start-up private center. The Company maintains offices in Orlando, Florida USA and is devoted to providing global private services where partners around the world can participate and rely on an experienced team to invest their money.

## Registration Control

In order to register on this site, you must first submit your registration code below.

[                    ]

[ Submit Code ]

© DFRF Enterprises, LLC. 2014

Wednesday, March 04, 2015

Home   Global Advisors   Asset Management   Wealth Management

Home

# Wealth Management

Our Wealth Management business provides unbiased guidance to affluent individuals and households from all over the world.
We assist our clients browse exactly what is an intricate monetary landscape and concentrate on earning their trust and respect.
We have a lasting point of view and our objectivity suggests our interests are lined up with those of our clients.
We assist structure and safeguard a broad range of properties and invest easily across international markets. Our goal is to enhance the genuine value of our clients' wealth across market cycles.

1  2  **3**  4  5  6  7  8  ‹ ›



## Strategic Advisor



Our close connections to the marketplace and the number of deals we are associated with help us comprehend our customers'…

Read More +

## Why Choose Us



We offer unbiased, innovative and lasting financial recommendations and concepts. We solve our customers' intricate company problems, devise methods to…

Read More +

## Global Financial



DFRF Enterprises (DFRF) is a world leader in the provision of objective, professional guidance and execution services to corporations, institutions…

Read More +

## Our Services



DFRF is focused on delivering unbiased, imaginative and long-lasting concepts to customers across the monetary advisory spectrum. Our services include…

Read More +

Return to Top

## Our Services

DFRF is focused on delivering unbiased, imaginative and long-lasting concepts to customers across the monetary advisory spectrum.

Our services include M&A and strategic advisory and funding advisory, including restructuring.

Our relationship-driven method makes sure each customer receives insightful guidance, customized to provide the best specific solutions.

Experts with in-depth, expert understanding collaborate to cover geographic, item, company, sector, structural and technical concerns.

Solutions are devised and delivered by experienced execution professionals.

## Core Strategy

**Asset Management**

We offer a complete range of private services clients achieve their goals. We provide strateg advice, lend money,…

**Wealth Management**

**Asset Finance**

**Wealth Structuring**

**Investment Bank**

## Financial Markets



DOW 18,096.90   -106.47 (-0.58%)
S&P 2,098.53    -9.45 (-0.44%)
NASDAQ 4,967.14
                -12.76 (-0.26%)

## DFRF Global Projects

**GoldMines Project**   Bioenergy   Renewable Energy   Land Development

**Metal Mining** The increased pressure from currency fluctuations and economic tensions has benefited the precious metals market with a resurgence in commercial mining activity.



**Leadership**

Our core purpose is to lead the world in generating value through responsible mining projects.



**Results**

We are focused strongly on maxim margins and free cash flow from balanced global portfolio of mines



**Expansion Strategy**

We have a disciplined and pruden approach to capital allocation and project development.

## DFRF Information

DFRF Enterprises was established in 2013 as a LLC and is a start-up private center. The Company maintains offices in Orlando, Florida USA and is devoted to providing global private services where partners around the world can participate and rely on an experienced team to invest their money.

## Contact Us.

**DFRF Enterprises, LLC**

121 S Orange Avenue, Suite 1600N
Orlando, FL 32801, USA

info@dfrfenterprises.com

+1 888 382 6452

© DFRF Enterprises, LLC. 2014

Return to Top