# EXHIBIT 5

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX
JAN 20 2015
CLERK

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS                              SUPERIOR COURT DEPARTMENT
                                                OF THE TRIAL COURT
                                           CIVIL ACTION NO.15-___194___

| | |
|---|---|
| JOSE SILVA and CARLOS SANTOS, Individually and on Behalf of Class Members, Plaintiff, <br><br>v.<br><br>DFRF ENTERPRISES, LLC, DANIEL FERNANDES ROJO FILHO, A/K/A DANIEL FILHO, DANIEL SOARES FILHO, DANIEL MALAQUIN FILHO, DANIEL R. POST FILHO and other names, and VELITON MARCUS PEREIRA, JAIME DE JESUS DE CAREY, GASDEN C. JESUS, DANIEL FERNANDES, MARIO A. RODRIGUEZ FERNANDES, PEDRO BENEVIDES, BRITTANY BENEVIDES, HERBERTO P. VALDES, JAVIER RIVERA FERNDANDES, LUZIA MARIA TRINNADE, WANDERLEY M. TALMAY, EDWARD N. SILVA, ABDELBAKS BANKS, ACCEDIUM UK, LIMITED, CHARLES GEORGE NAPPER, MICHAEL ANTHONY CHRISTOPHER ARMSTRONG, ROMILDO DA CUNHO, RBS CITIZENS BANK OF MASSACHUSETTS, N.A., JP MORGAN CHASE BANK, N.A., WELLS FARGO BANK N.A., and JOHN DOES 1-75, Who Acted as Agents for DFRF Enterprises, LLC.<br><br>Defendants. | **MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER PURSUANT TO THE PROVISIONS OF M.R.C.P. 4(c)** |

Now comes the plaintiff in the above-captioned matter and respectfully moves pursuant

to Massachusetts Rule of Civil Procedure 4(c) that Sean McCarthy, who is over the age of 18, a

disinterested person and a duly appointed constable in and for the Commonwealth of

1/20/15    Motion Allowed
Attest: _____Ellen M DiRoce_____
              Deputy Assistant Clerk

( ___Budd___ J.)

Massachusetts, be appointed special process server for the service of process in the above-captioned matter.

                                        Respectfully submitted,

                                        JOSE SILVA and CARLOS SANTOS, Individually and on Behalf of Class Members, Plaintiffs

                                        By their Attorney

                                        /s/ Evans J. Carter
                                        Evans J. Carter, Esq. (BBO #076560)
                                        Evans J. Carter, P.C.
                                        860 Worcester Road, 2nd Floor
                                        P.O. Box 812
                                        Framingham, MA 01701
                                        (508) 875-1669
                                        ejcatty1@verizon.net

DATED:  January 16, 2015