# EXHIBIT 6

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                                                                    SUPERIOR COURT

|  |  |
|---|---|
| JOSE SILVA, et ano., <br>     Plaintiffs, <br><br> v. <br><br> DFRF ENTERPRISES, LLC, et al., <br>     Defendants. | Civil Action No. 15-0194 |

## STIPULATION EXTENDING TIME TO FILE
## AND SERVE ANSWER OR OTHER RESPONSE

Defendant Citizens Bank of Massachusetts (now Citizens Bank, N.A.) ("Citizens") and Plaintiffs, Jose Silva and Carlos Santos (collectively, "Plaintiffs"), by their respective counsel, agree and stipulate to an extension of time within which Citizens may file and serve its answer or other response to Plaintiffs' Complaint, Jury Claim, And Request For Class Action Certification, filed January 20, 2015, to and including April 30, 2015.

Dated: February 20, 2015
       Boston, Massachusetts

Respectfully submitted,

JOSE SILVA AND CARLOS SANTOS

CITIZENS BANK OF MASSACHUSETTS
(now CITIZENS BANK, N.A.)

By their counsel,

By its counsel,

Evans J. Carter (BBO #076560)
EVANS J. CARTER, P.C.
860 Worcester Road, 2nd Floor
P.O. Box 812
Framingham, Massachusetts 01701
Telephone: (508) 875-1669
Facsimile: (508) 875-1449
ejcatty1@verizon.net

Joseph B. Sconyers (BBO #666094)
JONES DAY
100 High Street
Boston, Massachusetts 02110
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
jsconyers@jonesday.com

Of counsel:

Lee A. Armstrong
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
laarmstrong@jonesday.com

---

**CERTIFICATE OF SERVICE**

I, Joseph B. Sconyers, hereby certify that on February 20, 2015, I caused a true copy of the foregoing document to be served by first class mail, postage prepaid, upon Evans J. Carter, Evans J. Carter, P.C., 860 Worcester Road, 2nd Floor, P.O. Box 812, Framingham, Massachusetts 01701, counsel for plaintiffs.

Joseph B. Sconyers