# EXHIBIT 7

## 1581CV00194 Jose Silva Individually and on Behalf of Class Members vs. DFRF Enterprises, LLC et al

| | | | |
|---|---|---|---|
| **Case Type** | Torts | **Case Status** | Open |
| **Status Date:** | 01/20/2015 | **File Date** | 01/20/2015 |
| **Case Judge:** | | **DCM Track:** | F - Fast Track |
| **Next Event:** | | | |

[ **All Information** ] [ **Party** ] [ **Tickler** ] [ **Docket** ] [ **Disposition** ]

### Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 01/20/2015 | Original civil complaint filed. | 1 |
| 01/20/2015 | Civil action cover sheet filed. | 2 |
| 01/20/2015 | Demand for jury trial entered. | |
| 01/20/2015 | Appearance entered<br>On this date Tue Jan 20 00:00:00 EST 2015 Carter, Esq., Evans J added for Silva, Jose | |
| 01/20/2015 | Case assigned to:<br>DCM Track FST was added on 01/20/2015 with the following milestones:<br>Service Due 04/21/2015<br>Answer Due 05/20/2015<br>Rule 12/19/20 Served By Due 05/20/2015<br>Rule 12/19/20 Filed By Due 06/19/2015<br>Rule 12/19/20 Heard By Due 07/20/2015<br>Rule 15 Served By Due 05/20/2015<br>Rule 15 Filed By Due 06/19/2015<br>Rule 15 Heard By Due 07/20/2015<br>Discovery Due 11/16/2015<br>Rule 56 Served By Due 12/16/2015<br>Rule 56 Filed By Due 01/15/2016<br>Final Pre-Trial Conference Due 05/16/2016<br>Judgment Due 01/19/2017 | |
| 01/20/2015 | Jose Silva Individually and on Behalf of Class Members's  MOTION for appointment of Special Process Server.<br>Motion Allowed To Appoint Sean McCarthy (Budd, J.) Copy In Hand | 3 |
| 02/20/2015 | Defendant RBS Citizens Bank of Massachusetts, N.A.'s  Stipulation to Extending Time To File And Serve Answer Or Other Response | 4 |
| 03/02/2015 | Appearance entered<br>On this date Joseph B. Sconyers, Esq. added as Private Counsel for Defendant RBS Citizens Bank of Massachusetts, N.A. | |