# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 1:15-cv-10670-JDG

| | |
|---|---|
| JOSE SILVA and CARLOS SANTOS, Individually and on Behalf of Class Members,<br>Plaintiff,<br><br>v.<br><br>DFRF ENTERPRISES, LLC, et al.,<br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL** |

The plaintiffs in the above-stated action, pursuant to the provisions of F.R.C.P. No. 41(a)(1)(i), hereby discontinue the above-stated action and dismiss with prejudice as to Jose Silva and Carlos Santos but not to the unnamed class members.

Respectfully submitted,

JOSE SILVA and CARLOS SANTOS, Individually and on Behalf of Class Members, Plaintiffs

By their Attorney

_____
Evans J. Carter, Esq. (BBO #076560)
Evans J. Carter, P.C.
860 Worcester Road, 2nd Floor
P.O. Box 812
Framingham, MA 01701
(508) 875-1669
ejcatty1@verizon.net

DATED: April 29, 2015